**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-7376**

_____

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

> v.

KENNETH STUART, a/k/a Bones, a/k/a Maurice Beale, a/k/a Brutal, a/k/a Hooda, a/k/a Kenneth Steward,

> Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, Senior District Judge. (2:17-cr-00061-RAJ-LRL-1; 2:21-cv-00226-RAJ

_____

Submitted: May 31, 2022                                Decided: July 29, 2022

_____

Before GREGORY, Chief Judge, and THACKER and QUATTLEBAUM, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Kenneth Stuart, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Stuart seeks to appeal the district court's orders dismissing as untimely his 28 U.S.C. § 2255 motion and denying his Fed. R. Civ. P. 59(e) motion. *See Whiteside v. United States*, 775 F.3d 180, 182-83 (4th Cir. 2014) (en banc) (explaining that § 2255 motions are subject to one-year statute of limitations, running from latest of four commencement dates enumerated in 28 U.S.C. § 2255(f)).  The orders are not appealable unless a circuit justice or judge issues a certificate of appealability.  28 U.S.C. § 2253(c)(1)(B).  A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Stuart has not made the requisite showing.  Accordingly, we deny a certificate of appealability, deny Stuart's motion to unseal, and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*